1

2

3

4

5 UNITED STATES DISTRICT COURT

6 NORTHERN DISTRICT OF CALIFORNIA

7

8 ALEXIS JOEL AMAYA,                           Case No. 16-cv-05069-PJH

Petitioner,

9

10            v.                              **ORDER DENYING MOTION TO
                                              APPOINT COUNSEL**

11 SCOTT FRAUENHEIM,                           Re: Dkt. No. 33

Respondent.

12

13

14          Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus

15 pursuant to 28 U.S.C. § 2254.  The petition was dismissed on the merits and the case

16 was closed.  Petitioner has filed a motion to appoint counsel.

17          The Sixth Amendment's right to counsel does not apply in habeas corpus actions.

18 *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986).  However, 18 U.S.C. §

19 3006A(a)(2)(B) provides that in habeas cases, whenever "the court determines that the

20 interests of justice so require", representation may be provided for any financially eligible

21 person.  While petitioner previously argued that he only spoke Spanish, he ably litigated

22 the case.  Petitioner previously filed a motion for a stay which was granted, and the case

23 was stayed while petitioner exhausted additional claims in state court.  Once the claims

24 were exhausted, the stay was lifted, and petitioner filed an amended petition with all of

25 his claims.  Petitioner presented his claims adequately, and they were not particularly

26 complex.  The interests of justice do not require the appointment of counsel.  The motion

27 to appoint counsel (Docket No. 33) is **DENIED**.

28

If petitioner appeals the denial of the petition, he may file a motion to appoint counsel with the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: October 4, 2018

PHYLLIS J. HAMILTON
United States District Judge

United States District Court
Northern District of California

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3

4  ALEXIS JOEL AMAYA,              Case No.  16-cv-05069-PJH

           Plaintiff,

5

6        v.               **CERTIFICATE OF SERVICE**

7  SCOTT FRAUENHEIM,

           Defendant.

8

9

10      I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S.

District Court, Northern District of California.

11

12

      That on October 4, 2018, I SERVED a true and correct copy(ies) of the attached, by

13

placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by

14

depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery

15

receptacle located in the Clerk's office.

16

17  Alexis Joel Amaya ID: AR 7180
    Avenal State Prison 330.20.l up
18  P.O. Box 903
    Avenal, CA 93204

19

20

21  Dated: October 4, 2018

22

23                       Susan Y. Soong
                       Clerk, United States District Court

24

25

26                       _____
                       Kelly Collins, Deputy Clerk to the

27                       Honorable PHYLLIS J. HAMILTON

28