UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXIS JOEL AMAYA,
    Petitioner,

v.

SCOTT FRAUENHEIM,
    Respondent.

Case No. 16-cv-05069-PJH

**ORDER DENYING MOTION TO APPOINT COUNSEL**

Re: Dkt. No. 36

    Petitioner, a California prisoner, filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The petition was dismissed on the merits and the case was closed. Petitioner has filed an appeal and a motion to appoint counsel.

    The Sixth Amendment's right to counsel does not apply in habeas corpus actions. *Knaubert v. Goldsmith*, 791 F.2d 722, 728 (9th Cir. 1986). However, 18 U.S.C. § 3006A(a)(2)(B) provides that in habeas cases, whenever "the court determines that the interests of justice so require", representation may be provided for any financially eligible person. While petitioner previously argued that he only spoke Spanish, he ably litigated the case. Petitioner previously filed a motion for a stay which was granted, and the case was stayed while petitioner exhausted additional claims in state court. Once the claims were exhausted, the stay was lifted, and petitioner filed an amended petition with all of his claims. Petitioner presented his claims adequately, and they were not particularly complex. The interests of justice do not require the appointment of counsel.

The motion is (Docket No. 36) is **DENIED**.  Petitioner may file a motion to appoint counsel with the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: November 29, 2018

_____
PHYLLIS J. HAMILTON
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXIS JOEL AMAYA,<br><br>Plaintiff,<br><br>v.<br><br>SCOTT FRAUENHEIM,<br><br>Defendant. | Case No. 16-cv-05069-PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 29, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexis Joel Amaya ID: AR 7180
Avenal State Prison 330.20.l up
P.O. Box 903
Avenal, CA 93204

Dated: November 29, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Kelly Collins, Deputy Clerk to the
Honorable PHYLLIS J. HAMILTON

3